IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

IN RE: KYMBOTRIC T. MASON                                                APPELLANT

                                                       CAUSE NUMBER: 1:25-cv-00103-JDM

**ORDER AFFIRMING BANKRUPTCY APPEAL**

Before the court is Kymbotric T. Mason's bankruptcy appeal. Mason appeals Bankruptcy Judge Selene D. Maddux's June 4, 2025 order dismissing Mason's Chapter 7 bankruptcy (Case No.: 25-11497-SDM). Finding no error, this court affirms.

Before dismissal, Judge Maddox had ordered Mason to show cause why dismissal was not appropriate based on his failure to obtain prepetition credit counseling within 180 days of the bankruptcy filing as required by 11 U.S.C. § 109(h). Mason did not appear at the show cause hearing. Nor did he present any evidence to contradict Judge Maddox's conclusion that he had not complied with 11 U.S.C. § 109(h). Thus, Mason's bankruptcy was dismissed. [2]

Mason appealed. [1] But on appeal, Mason has neither filed a brief nor otherwise presented argument that Judge Maddox wrongfully concluded he did not qualify as a debtor under 11 U.S.C. § 109(h) based on his failure to obtain prepetition credit counseling. Because the record reveals no reversible error, the dismissal order should be affirmed.

It is therefore ordered that Judge Maddox's dismissal order dated June 4, 2025 [2] is affirmed, and this appeal is CLOSED.

This the 9th day of February 2026.

                                                       /s/ James D. Maxwell II
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI